JEFFREY S. KRAVITZ (SBN 186209)
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95814
Ph: 916-553-4072
Fax: 916-553-4074

Attorney for Plaintiff
ROGER ANDRIOLA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ANDRIOLA<br>　　　　Plaintiff,<br>v.<br>COUNTY OF SACRAMENTO DEPARTMENT OF REGIONAL PARKS, RECREATION, OPEN SPACE, PARK RANGER STEVE FLANNERY, PARK RANGER J. BROWNE, PARK RANGER THOMAS HOFSOMMER, PARK RANGER ASSISTANT JOHN HAIRE, and DOES 1 through 25 inclusive;<br><br>　　　　Defendants | Case No.: 2:07-CV-02610-LKK-DAD<br><br>**ORDER RE:**<br><br>**STIPULATION OF DISMISSAL OF STEVE FLANNERY AND FOR DISMISSAL OF DEFENDANT COUNTY OF SACRAMENTO FROM THE FIRST SECOND AND THIRD CAUSES OF ACTION** |

## ORDER

Good cause having been found and the parties having stipulated to such the Court hereby orders that:

1. Steve Flannery is hereby dismissed from the case with prejudice;

2. Defendant County of Sacramento is hereby dismissed as a defendant from plaintiff's First and Second Causes of Action alleging Violation of 42 USC 1983/Fourth Amendment with prejudice;

1

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff's Third Cause of Action is hereby dismissed with prejudice.

4. All other causes of action brought by the Plaintiff in his complaint against defendants Park Ranger J. Browne, Park Ranger Hofsommer and the County of Sacramento shall remain pending further litigation or order of the Court.

5. The Motion for Summary Judgment scheduled for April 6, 2009 is hereby taken off calendar by the Court.

Dated: March 24, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

PDF created with pdfFactory trial version www.pdffactory.com