JEFFREY S. KRAVITZ (SBN 186209)
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95814
Ph: 916-553-4072
Fax: 916-553-4074

Attorney for Plaintiff
ROGER ANDRIOLA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ANDRIOLA<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF SACRAMENTO DEPARTMENT OF REGIONAL PARKS, RECREATION, OPEN SPACE, PARK RANGER STEVE FLANNERY, PARK RANGER J. BROWNE, PARK RANGER THOMAS HOFSOMMER, PARK RANGER ASSISTANT JOHN HAIRE, and DOES 1 through 25 inclusive;<br>　　　　Defendants | Case No.: 2:07-CV-02610-LKK-DAD<br><br>**ORDER RE:**<br><br>**STIPULATION FOR REFERRAL FOR EARLY SETTLEMENT CONFERENCE** |

Good cause having been shown and the matter having been stipulated to by the parties this case is referred to Magistrate Judge Drozd for an early settlement conference.

The parties are directed to contact Pete Buzo, courtroom deputy for Magistrate Judge Drozd, to schedule a settlement conference date.

IT IS SO ORDERED.

DATED: March 30, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com